FILED
NOV - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), LOCAL 1 & JOHN GAVELLO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DAVID STONE, Acting Administrator, TRANSPORTATION SECURITY ADMINISTRATION, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant.<br>_____/ | No. C 04-1274 CW<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS |

On October 31, 2007, the Ninth Circuit issued its mandate in this case reversing the Court's October 2, 2004 order granting Defendant's motion to dismiss. The Ninth Circuit held that the Court has subject matter jurisdiction over Plaintiffs' action and that Plaintiff American Federation of Government Employees, Local 1 has standing. Therefore, the Court DENIES defendant's motion to dismiss (Docket No. 10). A case management conference will be held on Tuesday, November 27, 2007 at 2:00 PM.

IT IS SO ORDERED.

Dated:  NOV 0 6 2007

　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge