JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:  (415) 436-6748
    Email:  andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), LOCAL 1 & JOHN GAVELLO,<br><br>    Plaintiffs,<br><br>v.<br><br>KIP HAWLEY, Administrator, TRANSPORTATION SECURITY ADMINISTRATION, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | No. C 04-1274<br><br>**E-Filing Case**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

Subject to the approval of the court, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that the settlement conference currently scheduled for March 11, 2008, at 11:00 a.m. be continued to **May 5, 2008, at 2:00 p.m.**

RESPECTFULLY SUBMITTED,

JOSEPH P. RUSSONIELLO

United States Attorney

Dated: March 3, 2008                    _____/s/_____
                                                      ANDREW Y.S. CHENG
                                                      Assistant United States Attorney

| | |
|---|---|
| 1 | |
| 2 | FOR THE PLAINTIFF: |
| 3 | Dated: March 3, 2008 |

FOR THE PLAINTIFF:

Dated: March 3, 2008  \_\_\_\_\_/s/_____
MARY DRYOVAGE
Attorney for Plaintiff

Dated: March 3, 2008  \_\_\_\_\_/s/_____
GONY FRIEDER
Attorney for Plaintiff

The Court, having considered the stipulation of the parties continues the settlement conference from March 11, 2008 to **May 5, 2008, at 2:00 p.m.**.

IT IS SO ORDERED.

DATED: March 3, 2008  _____
MARIA-ELENA JAMES
United States Magistrate Judge