JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:  (415) 436-6748
    Email:  andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), LOCAL 1 & JOHN GAVELLO,<br><br>    Plaintiffs,<br><br>v.<br><br>KIP HAWLEY, Administrator, TRANSPORTATION SECURITY ADMINISTRATION, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | No. C 04-1274<br><br>**E-Filing Case**<br><br>**STIPULATION AND ORDER TO CONTINUE DATES** |

    Subject to the approval of the court, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that all dates in this case be extended as follows:

    The trial date of September 15, 2008 will remain the same.

    The pre-trial date is continued from July 29, 2008 to September 2, 2008.

    The last date to hear any summary judgment motion is extended from May 15, 2008 to July 3, 2008.

    The factual and expert discovery cut-off is extended from April 30, 2008 to May 30, 2008 with expert disclosures due on May 2, 2008.

///

The one-month continuance is to accommodate the schedule of plaintiff's counsel and the demands of her other cases. The pre-trial date continuance is to accommodate the schedule of defendant's counsel, who is scheduled to attend the Ninth Circuit Conference as a lawyer representative.

RESPECTFULLY SUBMITTED,

FOR THE DEFENDANT:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 5, 2008 \_\_\_\_\_/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

FOR THE PLAINTIFF:

Dated: March 5, 2008 \_\_\_\_\_/s/_____
MARY DRYOVAGE
Attorney for Plaintiff

Dated: March 5, 2008 \_\_\_\_\_/s/_____
GONY FRIEDER
Attorney for Plaintiff

The Court, having considered the stipulation of the parties, orders that the pre-trial date be continued from July 29, 2008 to September 2, 2008. All pre-trial papers will be filed in accordance with the new pre-trial date.

The factual and expert discovery cut-offs are extended to May 30, 2008 with expert disclosures to take place on May 2, 2008.

///

///

///

| | |
|---|---|
| 1 | The last day to hear summary judgment motions in this case is extended to July 3, 2008. |
| 2 | |
| 3 | IT IS SO ORDERED. |
| 4 | |
| 5 | DATED: 3/13/08 |
| 6 | *Claudia Wilken* |
| | CLAUDIA WILKEN |
| | United States District Judge |

1  The last day to hear summary judgment motions in this case is extended to July 3, 2008.

3  IT IS SO ORDERED.

5  DATED: 3/13/08

    _____
    CLAUDIA WILKEN
    United States District Judge