1

2                    IN THE UNITED STATES DISTRICT COURT

3
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
4

5                                          No. C 04-01274 CW

AMERICAN   FEDERATION   OF   GOVERNMENT
6  EMPLOYEES, LOCAL 1, et al.,             CONDITIONAL ORDER
                                           OF DISMISSAL
7          Plaintiffs,

8      v.

9  KIP HAWLEY, TSA Administrator,

10         Defendant.
                                         /
11

12

13         The parties hereto, by their counsel, having advised the

14  Court that they have agreed to a settlement of this cause,

15     IT IS HEREBY ORDERED that this cause be dismissed with prejudice;

16  provided, however, that if any party hereto shall certify to this

17  Court, with proof of service of a copy thereon on opposing counsel,

18  within 60 days from the date hereof, that the agreed consideration for

19  said settlement has not been delivered over, the foregoing Order shall

20  stand vacated and this cause shall forthwith be restored to the

21  calendar to be set for trial.

22     IT IS SO ORDERED.

23

24  Dated: 5/9/08
                                         _____
25                                       CLAUDIA WILKEN
                                         United States District Judge
26

27

28