1  MARY DRYOVAGE, Bar No. 112551
   Law Offices of Mary Dryovage
2       600 Harrison Street, Suite 120
        San Francisco, CA  94107
3       Telephone:    415-593-0095
        Facsimile:    415-593-0096
4       Email:        mdryovage@igc.org

5

6  MARK D. ROTH, General Counsel  (*Pro Hac Vice*)
   GONY FRIEDER, Staff Counsel (*Pro Hac Vice*)
   American Federation of Government Employees, AFL-CIO
7       80 F Street, NW
        Washington, DC 20001
8       Telephone:    202-639-6434
        Facsimile:    202-639-6441
9       Email:        friedg@afge.org

10  Attorneys for Plaintiffs AFGE Local 1 and John Gavello

11

12                 UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                      OAKLAND DIVISION

15  AMERICAN FEDERATION OF           )   Case No. C 04-1274 CW(MEJ)
    GOVERNMENT EMPLOYEES (AFGE)      )   **E-FILING CASE**
16  LOCAL 1 & JOHN GAVELLO,          )
                                     )
17                   Plaintiffs,     )   **STIPULATION AND ~~[PROPOSED]~~**
                                     )   **ORDER TO CONTINUE DATES**
18         v.                        )
                                     )
19  DAVID M. STONE, Acting Administrator, )
    TRANSPORTATION SECURITY          )
20  ADMINISTRATION; U.S. DEPARTMENT  )
    OF HOMELAND SECURITY,            )
21                                   )
                     Defendant.      )
22  _____)

23         Subject to the approval of the court, it is hereby stipulated by and between the parties

24  hereto through their respective attorneys of record that the Conditional Stipulation of Dismissal

25  filed May 9, 2008 (Docket No. 42) be extended for an additional 30 days to enable the parties to

26  ///

27  ///

28  ///

1    complete the negotiation of the settlement of the case.

2

3                                    RESPECTFULLY SUBMITTED,

4    FOR THE DEFENDANT:

5                                    JOSEPH P. RUSSONIELLO

6                                    United States Attorney

7
                                     /s/ [electronic signature authorized]
8    Dated: July 7, 2008             _____
9                                    ANDREW Y.S. CHENG
                                     MICHAEL T. PYLE
10                                   Assistant United States Attorneys

11   FOR THE PLAINTIFFS:
                                     /s/ [electronic signature authorized]
12   Dated: July 7, 2008             _____
13                                   MARY DRYOVAGE
                                     Law Offices of Mary Dryovage
14

15                                   /s/ [electronic signature authorized]
16   Dated: July 7, 2008             _____
                                     GONY FRIEDER
17                                   Staff Counsel
                                     American Federation of Government
18                                   Employees, AFL-CIO

19

20          The Court, having considered the stipulation of the parties, orders that the Conditional

21   Stipulation of Dismissal filed May 9, 2008 (Docket No. 42) be extended for an additional 30

22   days to enable the parties to complete the negotiation of the settlement of the case.

23          IT IS SO ORDERED.

24

25   DATED:       7/6/08             _____
26                                   CLAUDIA WILKEN
                                     United States District Judge
27

28

_AFGE Local 1 and Gavelos v. Stone_, C 04-1274 CW(MEJ)
STIPULATION AND ORDER TO CONTINUE CONDITIONAL STIPULATION OF DISMISSAL        2